**Order entered April 15, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00343-CV

## KANDIS N. HUTCHINSON, Appellant

## V.

## B&K HUTCHINSON LLC & WILLIAM L. HUTCHINSON, Appellees

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-22-02821

## ORDER
Before Justices Myers, Nowell, and Goldstein

Before the Court is appellant's April 15, 2022 emergency motion for temporary order in which she requests that this Court issue a temporary writ of injunction pending resolution of the appeal.

We decline to treat the motion as a petition for writ of injunction because it fails to meet the requirements of Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.1, 52.3; *see also In re Butler*, 270 S.W.3d 757, 758 (Tex. App.— Dallas 2008, orig. proceeding) (denying petition in part because it failed to contain

sufficient certification under Rule 52.3(j)). Accordingly, we **DENY** the motion without prejudice to refiling a petition for writ of injunction that complies with Rule 52.

/s/    BONNIE LEE GOLDSTEIN
            JUSTICE